**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| GAILON L. APPLEWHITE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:24-cv-01164-SRC |
| | ) | |
| JOHN C. FARRELL et al., | ) | |
| | ) | |
| Defendants. | ) | |

## Order

On August 1, 2024, Applewhite filed his complaint without prepaying fees or costs. Doc. 1. On August 29, 2024, the Court ordered Applewhite to, no later than September 30, 2024, pay the $405 filing fee or file an application to proceed in the district court without prepaying fees or costs. Doc. 4. The Court ordered Applewhite to file, along with that application, a "certified copy of his prisoner account statement for the six-month period immediately preceding the filing of the complaint." *Id.*; *see* 28 U.S.C. § 1915(a)(2).

Here, Applewhite filed an application to proceed in the district court without prepaying fees or costs, doc. 5, and submitted a ledger from the Tipton Correctional Center for the time period from March 5, 2024 through August 30, 2024, doc. 6. This ledger accounts for only a five-month period "immediately preceding" August 1, the date on which Applewhite filed his complaint. *See id.*; 28 U.S.C. § 1915(a)(2); doc. 1.

Thus, the Court denies, without prejudice, Applewhite's [5] Motion for Leave to Proceed *in forma pauperis*. No later than October 24, 2024, Applewhite must either pay the $405 filing fee or submit his prison account statement for the six-month period immediately preceding the

filing of the complaint.  If Applewhite does not comply with this Order, the Court will dismiss his complaint without prejudice and without further notice.

So ordered this 3rd day of October 2024.

STEPHEN R. CLARK
CHIEF UNITED STATES DISTRICT JUDGE

2