UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GAILON L. APPLEWHITE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:24-cv-01164-SRC |
| JOHN C. FARRELL, et al., | ) ) ) |
| Defendants. | ) |

## Order

Gailon Applewhite moves to proceed *in forma pauperis* on appeal. Doc. 12. When the Court dismissed this action, it certified in writing that an appeal of the dismissal would not be taken in good faith. *See* docs. 8, 9. Thus, the Court denies Applewhite's motion. *See* 28 U.S.C. § 1915(a)(3).

Accordingly, the Court denies Applewhite's [12] Motion for Leave to Appeal *in forma pauperis*.

So ordered this 16th day of December 2024.

_____
STEPHEN R. CLARK
CHIEF UNITED STATES DISTRICT JUDGE